UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

CASE NO. 15-13197

ANTHONY BRIATICO,

CHAPTER 13 PLAN

                Debtor.

--------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

    I, Juan Parodi, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On January 13, 2016, I served by regular mail a copy of the Chapter 13 Plan to the parties in the annexed document.

    I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 19, 2016                                               *S/Juan Parodi*
                                                                                Juan Parodi
                                                                                Paralegal
                                                                                Ortiz & Ortiz, LLP
                                                                                127 Livingston Street
                                                                                Brooklyn, NY 11201

CAPITAL ONE BANK USA
5000 CAPITAL ONE DR
HENRICO, VA 23238

EDFINANCIAL SERVICES
P.O. BOX 36008
KNOXVILLE, TN 37930

FEIN SUCH & CRANE LLP
28 EAST MAIN STREET
SUITE 1800
ROCHESTER, NY 14614

GEORGE GOCELJAK, ESQ.
11 DAVENPORT STREET
SOMERVILLE, NJ 08876

INTERNAL REVENUE SERVICE
P. O. BOX 7346
HOLTSVILLE, NY 11742

INTERNAL REVENUE SERVICE
P. O. BOX 9019
HOLTSVILLE, NY 11742

INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101

MACYS
7111 DUKE BLVD
MASON, OH 45040

MORTGAGE SERVICE CENTER
2001 BISHOPS GATE BLVD
MOUNT LAUREL, NJ 08054

NYC DEPARTMENT OF FINANCE
PO BOX 4137
BINGHAMTON, NY 13902

Jeffrey Sapir, Esq.
399 Knollwood Rd # 102, White Plains, NY 10603