UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                                                        CASE NO. 15-13197 JLG
    Anthony Briatico

                                                   Chapter 13

            Debtor.

TO THE HONORABLE JAMES L. GARRITY, JR.:
        **OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

    I, Mark K. Broyles, do hereby certify as follows:

    1.  I am an attorney at law of the State of New York with the law firm of FEIN, SUCH, & CRANE, LLP, attorneys for HSBC Bank USA, N.A. ("Secured Creditor" herein), and I am fully familiar with the facts and circumstances of the within matter.

    2.  Secured Creditor objects to confirmation of Debtor's plan for the reason which follows:

    (a)    Secured Creditor holds the first mortgage on Debtor's residence, which is located at 433 West 34th Street, Unit 13H, New York, NY 10001. The debtor's proposed plan states that arrears are due in the amount of $35,940.00 to Secured Creditor. The plan was filed on March 21, 2016.

    (b)    The total amount of arrearage filed by HSBC Bank USA, N.A. is $46,353.18. The original claim (7-1) was filed with the Court on April 06, 2016. A copy of the Proof of Claim is annexed hereto as Exhibit "A'.

    (c)    There is a difference of $10,413.18 between the debtor's plan and HSBC Bank USA, N.A.'s claim of the arrearages as evidenced by the Proof of Claim.

    3.  For the reason stated above, and for any others that the Court deems fit to adopt, Secured

Creditor respectfully objects to Debtor's plan and confirmation thereof.

Dated: 4/27/16

FEIN, SUCH & CRANE, LLP.
Attorneys for the Secured Creditor,
HSBC Bank USA, N.A.

By _____
Mark K. Broyles, Esq.

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 <u>ANTHONY BRIATICO</u> | EXHIBIT 'A' |
| Debtor 2 | |
| United States Bankruptcy Court for the SOUTHERN District of New York | |
| Case number <u>15-13197 JLG</u> | |

Official Form 410
**Proof of Claim**                                                                                                                12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:** Identify the Claim

| 1. Who is the current creditor? | HSBC BANK USA, N.A. <br> Other names the creditor used with the debtor _____ | |
|---|---|---|
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From Whom?_____ | |
| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent (if different) |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | HSBC c/o PHH Mortgage Corp <br> One Mortgage Way <br> Mail Stop SV01 <br> Mt. Laurel, NJ 08054 | HSBC c/o PHH Mortgage Corp <br> One Mortgage Way <br> Mail Stop SBRP <br> Mt. Laurel, NJ 08054 |

| | | | |
|---|---|---|---|
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one) _____ | | |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on courts claims registry (if known) n/a | Filed on _____ | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | | |

**Part 2:** Give information about the Claim as of the date the case was filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ******4505 |
| 7. How much is the claim? | $308,684.15    Does this amount include interest or other charges?<br>☐ No.<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><u>Money Loaned</u> |
| 9. Is all or part of the claim secured? | ☐ No<br>☒ Yes.    The claim is secured by a lien on property.<br>Nature of property:<br>☒ Real Estate. If the claim is secured by the debtors principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. **433 West 34th Street, Unit 13H, New York, NY 10001**<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br>Basis for perfection: <u>Mortgage</u><br>Value of property: $_____<br>Amount of the claim that is secured: $308,684.15<br>Amount of the claim that is unsecured: $_____ (The sum of secured and unsecured should match the amount in line 7.)<br>Amount necessary to cure any default as of the date of the petition: $46,353.18<br>Annual Interest Rate (when case was filed) <u>5.375</u> %<br>☒ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☐ No<br>☒ Yes. Amount necessary to cure any default as of the date of the petition. $ <u>46,353</u>.18 |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |
| 12. Is all or part of the claim entitled to priority under 11 | ☒ No<br>☐ Yes. Check all that apply:<br>    ☐ Domestic support obligations (including alimony | Amount entitled to priority<br><br>$_____ |

Official Form 410                                   Proof of Claim                                   Page 2

| | | |
|---|---|---|
| U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br>☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br>☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br>*Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | $_____<br><br>$_____<br><br><br><br>$_____<br>$_____<br><br>$_____ |

### Part 3: Sign Below

The person completing this proof of claim must sign and date it FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date. __04/01/16__

x _[signature]_
Signature

Print the name of the person who is completing and signing this claim.

Name: __Tracey A. Parker__

Title: __Assistant Vice President__

Company: __PHH Mortgage__
Identify the corporate servicer as the company if the authorized agent is a servicer

Address: __ONE Mortgage Way, Mt Laurel, NJ 08054__
      Number    Street

      _____
      City    State    Zip

Contact phone __856-917-8295__   Email. _____

Official Form 410        Proof of Claim        Page 4

# Mortgage Proof of Claim Attachment                                                       (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | Part 2: Total Debt Calculation | Part 3: Arrearage as of Date of the Petition | Part 4: Monthly Mortgage Payment |
|---|---|---|---|
| Case number: 15-13197 JLG | Principal balance:$268,621.76 | Principal & interest due: $27,844.64 | Principal & interest: $1,637.92 |
| Debtor 1:ANTHONY BRIATICO | Interest due:$21,637.85 | Prepetition fees due:$18,508.54 | Monthly escrow: $0.00 |
| Debtor 2: | Fees, costs due:$18,508.54 | Projected escrow shortage:$0.00 | Private mortgage insurance: $0.00 |
| Last 4 Digits to identify:******4505 | Escrow deficiency for funds advanced:$0.00 | Less funds on hand:$0.00 | Total monthly payment: $1,637.92 |
| Creditor:HSBC BANK USA, N.A. | Less total funds on hand:$84.00 | Total prepetition arrearage:$46,353.18 | |
| Servicer:PHH MORTGAGE CORP | Total debt:$308,684.15 | | |
| Fixed accrual/daily simple interest/other:FIXED ACCRUAL | | | |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds Received | D. Amount incurred | E. Description | F. Contractual Due Date | G. Prin, Int & esc past due balance | H. Amount to Principal | I. Amount to Interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow Balance | P. Fees/charges balance | Q. Unapplied Funds balance |
| 6/24/2014 | | $0.00 | $11.25 | Prop Insp. | | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $81.90 | $11.25 | $0.00 |
| 6/30/2014 | | $0.03 | $0.00 | Escrow | | $0.00 | $0.00 | $0.00 | $0.03 | $0.00 | $0.00 | $268,621.76 | $0.00 | $81.93 | $11.25 | $0.00 |
| 7/1/2014 | $1,637.92 | $0.00 | $81.90 | Pymt Due | 7/1/2014 | $1,637.92 | $0.00 | $0.00 | $81.90 | $0.00 | $0.00 | $268,621.76 | $0.00 | $81.93 | $11.25 | $0.00 |
| 7/16/2014 | | $0.00 | $11.25 | Lt Charge | 7/1/2014 | $1,637.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $81.93 | $93.15 | $0.00 |
| 8/1/2014 | $1,637.92 | $0.00 | $81.90 | Pymt Due | 8/1/2014 | $3,275.84 | $0.00 | $0.00 | $81.90 | $0.00 | $0.00 | $268,621.76 | $0.00 | $81.93 | $93.15 | $0.00 |
| 8/18/2014 | | $1,200.00 | $0.00 | Suspense | 7/1/2014 | $3,275.84 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $268,621.76 | $0.00 | $81.93 | $93.15 | $1,200.00 |
| 8/18/2014 | | $0.00 | $81.90 | Lt Charge | | $3,275.84 | $0.00 | $0.00 | $0.00 | $81.90 | $0.00 | $268,621.76 | $0.00 | $81.93 | $175.05 | $1,200.00 |
| 8/29/2014 | | $0.00 | $11.25 | Prop Insp. | | $3,275.84 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $81.93 | $186.30 | $1,200.00 |
| 9/1/2014 | $1,637.92 | $0.00 | $81.90 | Pymt Due | 9/1/2014 | $4,913.76 | $0.00 | $0.00 | $81.90 | $0.00 | $0.00 | $268,621.76 | $0.00 | $81.93 | $186.30 | $1,200.00 |
| 9/5/2014 | | -$1,200.00 | $0.00 | Suspense | 7/1/2014 | $4,913.76 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,200.00 | $268,621.76 | $0.00 | $81.93 | $186.30 | $0.00 |
| 9/16/2014 | | $0.00 | $81.90 | Lt Charge | | $4,913.76 | $0.00 | $0.00 | $0.00 | $81.90 | $0.00 | $268,621.76 | $0.00 | $81.93 | $268.20 | $0.00 |
| 9/29/2014 | | $0.00 | $11.25 | Prop Insp. | | $4,913.76 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $81.93 | $279.45 | $0.00 |
| 9/30/2014 | | $0.41 | $0.00 | Escrow | | $4,913.76 | $0.00 | $0.00 | $0.41 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.34 | $279.45 | $0.00 |
| 10/1/2014 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 10/1/2014 | $6,551.68 | $0.00 | $0.00 | $81.90 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.34 | $279.45 | $0.00 |
| 10/16/2014 | | $0.00 | $81.90 | Lt Charge | | $6,551.68 | $0.00 | $0.00 | $0.00 | $81.90 | $0.00 | $268,621.76 | $0.00 | $82.34 | $361.35 | $0.00 |
| 11/1/2014 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 11/1/2014 | $8,189.60 | $0.00 | $0.00 | $81.90 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.34 | $361.35 | $0.00 |
| 11/17/2014 | | $0.00 | $11.25 | Prop Insp. | | $8,189.60 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.34 | $372.60 | $0.00 |
| 11/17/2014 | | $0.00 | $81.90 | Lt Charge | | $8,189.60 | $0.00 | $0.00 | $0.00 | $81.90 | $0.00 | $268,621.76 | $0.00 | $82.34 | $454.50 | $0.00 |
| 11/26/2014 | | $0.00 | $11.25 | Prop Insp. | | $8,189.60 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.34 | $465.75 | $0.00 |

Official form 410A                                        Mortgage Proof of Claim Attachment                                       Page 1

**Mortgage Proof of Claim Attachment**: Additional Page    (12/15)

Case number: 15-13197 JLG
Debtor 1: ANTHONY BRIATICO

15-13197-jlg    Claim 7-1    Filed 04/06/16    Pg 6 of 7

| A. Date | B. Contractual payment amount | C. Funds Received | D. Amount incurred | E. Description | F. Contractual Due Date | G. Prin, Int & esc past due balance | H. Amount to Principal | I. Amount to Interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow Balance | P. Fees/charges balance | Q. Unapplied Funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/1/2014 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 12/1/2014 | $9,827.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.34 | $465.75 | $0.00 |
| 12/24/2014 | | $0.00 | $11.25 | Prop Insp. | | $9,827.52 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.34 | $477.00 | $0.00 |
| 12/31/2014 | | $0.42 | $0.00 | Escrow | 7/1/2014 | $9,827.52 | $0.00 | $0.00 | $0.42 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.76 | $477.00 | $0.00 |
| 1/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 1/1/2015 | $11,465.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.76 | $477.00 | $0.00 |
| 1/26/2015 | | $0.00 | $11.25 | Prop Insp. | | $11,465.44 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.76 | $488.25 | $0.00 |
| 2/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 2/1/2015 | $13,103.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.76 | $488.25 | $0.00 |
| 2/26/2015 | | $0.00 | $11.25 | Prop Insp. | | $13,103.36 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.76 | $499.50 | $0.00 |
| 3/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 3/1/2015 | $14,741.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $82.76 | $499.50 | $0.00 |
| 3/26/2015 | | $0.00 | $11.25 | Prop Insp. | | $14,741.28 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $82.76 | $510.75 | $0.00 |
| 3/31/2015 | | $0.41 | $0.00 | Escrow | 7/1/2014 | $14,741.28 | $0.00 | $0.00 | $0.41 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.17 | $510.75 | $0.00 |
| 4/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 4/1/2015 | $16,379.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.17 | $510.75 | $0.00 |
| 4/16/2015 | | $0.00 | $81.90 | Lt Charge | | $16,379.20 | $0.00 | $0.00 | $0.00 | $81.90 | $0.00 | $268,621.76 | $0.00 | $83.17 | $592.65 | $0.00 |
| 4/24/2015 | | $0.00 | $11.25 | Prop Insp. | | $16,379.20 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $83.17 | $603.90 | $0.00 |
| 5/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 5/1/2015 | $18,017.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.17 | $603.90 | $0.00 |
| 5/26/2015 | | $0.00 | $11.25 | Prop Insp. | | $18,017.12 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $83.17 | $615.15 | $0.00 |
| 6/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 6/1/2015 | $19,655.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.17 | $615.15 | $0.00 |
| 6/22/2015 | | $0.00 | $11.25 | Prop Insp. | | $19,655.04 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $83.17 | $626.40 | $0.00 |
| 6/26/2015 | | $0.00 | $50.00 | Sale/Atty | | $19,655.04 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $268,621.76 | $0.00 | $83.17 | $676.40 | $0.00 |
| 6/30/2015 | | $0.41 | $0.00 | Escrow | 7/1/2014 | $19,655.04 | $0.00 | $0.00 | $0.41 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.58 | $676.40 | $0.00 |
| 7/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 7/1/2015 | $21,292.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.58 | $676.40 | $0.00 |
| 7/29/2015 | | $0.00 | $11.25 | Prop Insp. | | $21,292.96 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $83.58 | $687.65 | $0.00 |
| 8/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 8/1/2015 | $22,930.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.58 | $687.65 | $0.00 |
| 8/7/2015 | | $0.00 | $200.00 | Atty Fee | | $22,930.88 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $268,621.76 | $0.00 | $83.58 | $887.65 | $0.00 |
| 8/14/2015 | | $0.00 | $10,489.76 | Atty Fee | | $22,930.88 | $0.00 | $0.00 | $0.00 | $10,489.76 | $0.00 | $268,621.76 | $0.00 | $83.58 | $11,377.41 | $0.00 |
| 8/24/2015 | | $0.00 | $11.25 | Prop Insp. | | $22,930.88 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $268,621.76 | $0.00 | $83.58 | $11,388.66 | $0.00 |
| 9/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 9/1/2015 | $24,568.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $83.58 | $11,388.66 | $0.00 |
| 9/30/2015 | | $0.42 | $0.00 | Escrow | | $24,568.80 | $0.00 | $0.00 | $0.42 | $0.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,388.66 | $0.00 |
| 10/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 10/1/2015 | $26,206.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,388.66 | $0.00 |
| 10/19/2015 | | $0.00 | $11.00 | Prop Insp. | | $26,206.72 | $0.00 | $0.00 | $0.00 | $11.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,399.66 | $0.00 |
| 10/28/2015 | | $0.00 | $200.00 | Atty Fee | | $26,206.72 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,599.66 | $0.00 |
| 10/29/2015 | | $0.00 | $11.00 | Prop Insp. | | $26,206.72 | $0.00 | $0.00 | $0.00 | $11.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,610.66 | $0.00 |
| 11/1/2015 | $1,637.92 | $0.00 | $0.00 | Pymt Due | 11/1/2015 | $27,844.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,610.66 | $0.00 |
| 11/5/2015 | | $0.00 | $382.50 | Atty Fee | | $27,844.64 | $0.00 | $0.00 | $0.00 | $382.50 | $0.00 | $268,621.76 | $0.00 | $84.00 | $11,993.16 | $0.00 |
| 11/5/2015 | | $0.00 | $720.00 | Atty fee | | $27,844.64 | $0.00 | $0.00 | $0.00 | $720.00 | $0.00 | $268,621.76 | $0.00 | $84.00 | $12,713.16 | $0.00 |
| 11/23/2015 | | $0.00 | $2,325.38 | Atty Fee | | $27,844.64 | $0.00 | $0.00 | $0.00 | $2,325.38 | $0.00 | $268,621.76 | $0.00 | $84.00 | $15,038.54 | $0.00 |
| 11/23/2015 | | $0.00 | $733.50 | Sale/Atty | | $27,844.64 | $0.00 | $0.00 | $0.00 | $733.50 | $0.00 | $268,621.76 | $0.00 | $84.00 | $15,772.04 | $0.00 |
| 11/23/2015 | | $0.00 | $2,736.50 | Pub Fee | | $27,844.64 | $0.00 | $0.00 | $0.00 | $2,736.50 | $0.00 | $268,621.76 | $0.00 | $84.00 | $18,508.54 | $0.00 |

Official form 410A                    Mortgage Proof of Claim Attachment                    Page 2