# ORTIZ & ORTIZ, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz
Norma E. Ortiz*
_____

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

November 1, 2016

**VIA ECF**
Ms. Tracey Mercado
Chapter 13 Specialist to the
Hon. James L. Garrity
Southern District of New York
One Bowling Green
New York, New York 10004

                **Re:    Anthony Briatico**
                         **Case No. 15-13197**

Dear Ms. Mercado:

      Please pardon our delay in filing an amended status report, but we had not received the information we needed to report again.

      The Debtor's delay in filing his 2015 tax returns has prevented us from finalizing his attempt to negotiate a reduction in amounts sought by the taxing authorities, and to determine if the amounts set forth in the claims filed by the I.R.S. and N.Y.S. are accurate. It has also prevented us from prosecuting the application for loss mitigation. The Debtor believes that his accountant will complete that return by this Friday.

      The Debtor has a steady source of income and receives contributions from his domestic partner. The Debtor has paid all plan payments and has remained current on his mortgage payments on his condominium. The Debtor believes that he can successfully reorganize, and can afford to increase his plan payments with additional assistance from his partner. The Debtor recognizes that his case has been pending for some time. However, he requests that the Court permit him the additional time to ascertain the extent of his tax obligations so that he can determine whether he has adequate income to reorganize and fund a plan.

                                    Very truly yours,

                                    */s/ Norma E. Ortiz*

                                  Norma E. Ortiz

cc:    Jodi Kava, Esq.
       Jeffrey K. Cymbler, Esq.
       Talia B. Kraemer, Esq.